IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO. 06-CR-30063-MJR** |
| ) | |
| **DARYL MOORE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER DIRECTING UNITED STATES MARSHALS TO DISPOSE OF FIREARM OWNER'S IDENTIFICATION (FOID) CARD

On April 21, 2006, an initial appearance and arraignment was held as Defendant Daryl Moore.  An Order Setting Conditions of Release (Doc. 7) was entered wherein the Court ORDERED Defendant Daryl Moore to surrender his FOID Card to Clerk of Court.  Notice (Doc. 16) reflects that the Clerk of Court is in possession of said FOID Card, #31970239, said card having expired on July 1, 2007.

WHEREFORE, the Court ORDERS the United States Marshal to dispose of expired FOID Card, #31970239.

**DATED:  September 12, 2007**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**