IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 06-CR-30063 (DRH) |
| ) | |
| DARYL MOORE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant's motion to continue sentencing. (Doc. 44.) The motion is unopposed. The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion. (Doc. 44.) The sentencing is now set for November 19, 2007 at 2:30 p.m.

**IT IS SO ORDERED**.

Signed this 10th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**